**FILED**
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. **'08 MJ 8505** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 |
| Salvador FERNANDEZ-Carranza, ) | Deported Alien Found In the United States |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about June 04, 2008, within the Southern District of California, defendant Salvador FERNANDEZ-Carranza, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF JUNE 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
v.
Salvador FERNANDEZ-Carranza

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the investigative reports by Border Patrol Agent S. Lindberg, that the defendant, Salvador FERNANDEZ-Carranza, was found and arrested on June 4, 2008, east of Calexico, California.

On June 4, 2008, at approximately 4:00 P.M., Agent S. Maciel was performing his assigned Border Patrol Duties east of the Calexico east Port of Entry. Agent Maciel encountered an individual, later identified as Salvador FERNANDEZ-Carranza, attempting to conceal himself in the brush north of the International Boundary with Mexico. As Agent Maciel approached FERNANDEZ he identified himself and questioned FERNANDEZ. It was determined FERNANDEZ is a citizen of Mexico illegally in the United States. FERNANDEZ was placed under arrest.

A record check of FERNANDEZ revealed he was previously ordered removed from the United States on September 21, 1997, with has an extensive and serious criminal history.

There is no evidence FERNANDEZ requested or sought permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being removed.